1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:22-cr-00295-JLS |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| v. | ) | **MOTION HEARING/TRIAL** |
| | ) | **SETTING** |
| Nicolas Olmedo-Garcia, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Good cause appearing, IT IS HEREBY ORDERED that the JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING scheduled for March 17 at 1:30 AM is **Granted**; the hearing shall be continued to April 22, 2022, at 1:30 PM. For the reasons set forth in the joint motion, time is excluded in the interests of justice under 18 U.S.C. § 3161.

SO ORDERED.

Dated:  March 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge