| | |
|---|---|
| 1 | |
| 2 | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:22-cr-00295-JLS |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING MOTION |
| | ) | HEARING/TRIAL SETTING |
| v. | ) | |
| | ) | |
| Nicolas Olmedo-Garcia, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

That the JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING scheduled for April 22 at 1:30 AM is granted and continued to May 27, 2022, at 1:30 PM.  For the reasons set forth in the joint motion, time is excluded in the interests of justice under 18 U.S.C. § 3161.

**SO ORDERED.**

Dated:  April 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge