**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America, | Case No. 3:22-cr-00295-JLS |
| Plaintiff, | |
| v. | ORDER CONTINUING MOTION HEARING/TRIAL SETTING |
| Nicolas Olmedo-Garcia, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING scheduled for May 27, 2022 is granted and continued to July 1, 2022, at 1:30 PM.  For the reasons set forth in the joint motion, time is excluded in the interests of justice under 18 U.S.C. § 3161.

**SO ORDERED.**

Dated:  May 17, 2022

Hon. Janis L. Sammartino
United States District Judge