# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NICOLAS OLMEDO-GARCIA,<br><br>　　　　Defendant. | Case No. 22-cr-295-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING DATE** |

Based on the parties' joint motion, and for good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** that the motion hearing/trial setting set for July 1, 2022 at 1:30 pm be continued to August 5, 2022 at 1:30 pm. For the reasons set foth in the joint motion, time is excluded in the interests of justice under 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

Dated: June 21, 2022

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge